IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-OES
(Consolidated with 04-cv-02322-PSF-CBS)

TIMOTHY C. HOILES,

    Plaintiff,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff,

v.

ELIZABETH DAVISON;
GAIL SANCHEZ; and
JILL K. HOILES,

    Additional Counterclaim Defendants.

---

Civil Action No. 04-cv-02322-PSF-CBS
(Consolidated with 04-cv-438-PSF-OES)

JOSEPH M. ALIOTO,

    Plaintiff,

v.

TIMOTHY HOILES;
ELIZABETH DAVISON;
GAIL SANCHEZ; and
JILL K. HOILES,

    Defendants.

---

**ORDER SETTING MOTION HEARING**

THIS MATTER is before the Court on the parties' briefs in response to legal questions pursuant to Magistrate Judge Shaffer's Minute Order dated June 6, 2005. It is hereby

ORDERED that a hearing on these issues is set for **July 6, 2005 at 2:00 p.m.** before Judge Figa in Courtroom A-602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear either in person or via telephone. Counsel who wish to appear by telephone shall advise Judge Figa's chambers, at **303-335-2174**, no later than **4:30 p.m. July 5, 2005.** If more than one counsel desires to appear by telephone, a conference call should be arranged to connect with the courtroom on one line at the appropriate time. No cellular, cordless or speaker phones may be used.

DATED: June 21, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge