IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-OES
(Consolidated with 04-cv-02322-PSF-CBS)

TIMOTHY C. HOILES,

    Plaintiff,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff,

v.

ELIZABETH DAVISON;
GAIL SANCHEZ; and
JILL K. HOILES,

    Additional Counterclaim Defendants.

---

Civil Action No. 04-cv-02322-PSF-CBS
(Consolidated with 04-cv-438-PSF-OES)

JOSEPH M. ALIOTO,

    Plaintiff,

v.

TIMOTHY HOILES;
ELIZABETH DAVISON;
GAIL SANCHEZ; and
JILL K. HOILES,

    Defendants.

---

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

The Notice of Withdrawal as Counsel, filed June 8, 2005 by Ashley Kraus of the law firm Snell & Wilmer, L.L.P., shall be deemed a motion to withdraw and is hereby GRANTED. Ashley Kraus is permitted to withdraw as counsel for Defendant and Counterclaim Plaintiff Joseph M. Alioto, effective immediately. The Court notes that Ian L. Saffer of the law firm Townsend & Townsend & Crew, LLP remains as counsel for Mr. Alioto.

DATED:  June 21, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge