IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-OES
(Consolidated with 04-cv-02322-PSF-CBS)

TIMOTHY C. HOILES,

    Plaintiff,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff,

v.

ELIZABETH DAVISON;
GAIL SANCHEZ; and
JILL K. HOILES,

    Additional Counterclaim Defendants.

---

Civil Action No. 04-cv-02322-PSF-CBS
(Consolidated with 04-cv-438-PSF-OES)

JOSEPH M. ALIOTO,

    Plaintiff,

v.

TIMOTHY HOILES;
ELIZABETH DAVISON;
GAIL SANCHEZ; and
JILL K. HOILES,

    Defendants.

_____

ORDER
_____

Plaintiff is ORDERED to respond to Defendant's Motion to Reconsider Ruling of July 6, 2005 (Dkt. #260) and Defendant's Corrections to Motion to Reconsider Ruling of July 6, 2005 (Dkt. # 262) by Wednesday, July 20, 2005, 5:00 p.m.

Defendant is ORDERED to respond to Plaintiff's Motion to Exclude the Testimony of B. Lawrence Theis (Dkt. # 263) by Wednesday, July 20, 2005, 5:00 p.m.

DATED July 15, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge