IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-OES
(Consolidated with 04-cv-02322-PSF-CBS)

TIMOTHY C. HOILES,

    Plaintiff,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff,

---

Civil Action No. 04-cv-02322-PSF-CBS
(Consolidated with 04-cv-438-PSF-OES)

JOSEPH M. ALIOTO,

    Plaintiff,

v.

TIMOTHY HOILES;

    Defendant.

---

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Daniel R. Shullman's Motion for Withdrawal of Appearance (Dkt. # 281) is GRANTED, as stated on the record at the final trial preparation conference in this matter, held on July 22, 2005

DATED:  July 25, 2005        BY THE COURT:

                                       s/ Phillip S. Figa

                                       _____
                                       Phillip S. Figa
                                       United States District Judge