IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-OES
(Consolidated with 04-cv-02322-PSF-CBS)

TIMOTHY C. HOILES,

    Plaintiff and Counterclaim Defendant,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff,

---

Civil Action No. 04-cv-02322-PSF-CBS
(Consolidated with 04-cv-438-PSF-OES)

JOSEPH M. ALIOTO,

    Plaintiff,

v.

TIMOTHY HOILES;

    Defendant.

---

## ORDER ON STIPULATION OF FACTS

The Court, having considered the parties' Stipulated Facts (Dkt. # 290) filed July 27, 2005, deems them acceptable and consistent with the Court's oral ruling at the Final Trial Preparation Conference and intends to read them in slightly modified form to the jury after the presentation of opening statements. If the parties jointly wish the Court to

consider additional or revised stipulations of facts for the jury's consideration, they shall so notify the Court in writing by **1:30 pm. Monday, August 1, 2005.**

DATED:  July 29, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge