IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-OES

TIMOTHY C. HOILES,

     Plaintiff and Counterclaim Defendant,

v.

JOSEPH M. ALIOTO,

     Defendant and Counterclaim Plaintiff.

---

## ORDER REGARDING DISBURSEMENT OF ESCROW

---

THIS MATTER is before the Court upon parties' proposed distribution (Dkt. ## 330 and 331) of certain escrowed funds ($21,293,170.00 placed in escrow by FCI Delaware on or about May 18, 2004).  Consistent with the oral rulings made today in open court, the Court hereby finds with respect to the escrowed funds at issue:

1.    The Court on August 10, 2005 ordered that judgment be entered in favor of Mr. Alioto and against Mr. Hoiles on Mr. Alioto's claim for quantum meruit in the amount of $1,150,000.00 minus $500,000 previously paid by Timothy Hoiles to Joseph Alioto, for a net judgment of $650,000.00 (Dkt. # 315).

2.    The Court further ordered that Mr. Alioto is entitled to his *pro rata* share of accrued interest on $650,000 in the escrowed funds.

IT IS THEREFORE ORDERED that any attorney's fee lien that Mr. Alioto had, assuming one ever existed, has been reduced to and merged into the Order and Judgment of this Court dated August 10, 2005.

IT IS FURTHER ORDERED that Joseph Alioto is entitled to $650,000.00 of the escrowed funds, plus 3.05% of the interest that has accrued on the escrowed funds until the date of distribution to Mr. Alioto.

IT IS FURTHER ORDERED that Timothy Hoiles is entitled to $20,643,170.00 (the remaining balance of the initial deposit of the escrowed funds), plus 96.95% of the interest that has accrued on the escrowed funds until the date of distribution to Mr. Hoiles.

IT IS FURTHER ORDERED that this order is hereby STAYED for ten days from the date of this Order.

DATED:  September 30, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge