IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF

TIMOTHY C. HOILES,

    Plaintiff and Counterclaim Defendant,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff.

---

## ORDER SETTING STATUS AND SCHEDULING CONFERENCE

---

    This matter is before the Court on the mandate of the Tenth Circuit reversing and remanding this case (Dkt. # 355), filed September 27, 2006. It is HEREBY ORDERED that a status and scheduling conference shall be held in this matter on **Thursday, October 19, 2006 at 2:30 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel are directed to confer and prepare a joint list of issues to be addressed at the conference, which shall be filed with the Court no later than **5:00 p.m. on Monday, October 16, 2006**.

    DATED: October 4, 2006

                                                                 BY THE COURT:

                                                                   *s/ Phillip S. Figa*

                                                                    _____
                                                                    Phillip S. Figa
                                                                    United States District Judge