**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. BarnesDate: February 5, 2007
Court Reporter: Darlene Martinez

Civil Action No. 04-cv-00438-PSF-MEH

*Parties:**Counsel:*

JOSEPH M. ALIOTO,Ronald Rauchberg
Elise Yablonski
Plaintiff,Tim Beyer
Mark Mathews
v.Ian Saffer


TIMOTHY C. HOILES,Kenneth Siegel
E. Glen Johnson
Defendants.Bart Rue
Pete Greenhaw

_____

### COURTROOM MINUTES
_____

HEARING: Final Pretrial Conference

**8:56 a.m.Court in session.**

Also present: Plaintiff Joseph Alioto and Defendant Timothy Hoiles.

**ORDER:**Plaintiff's Motion to Quash Defendant's Late Disclosure of Expert Testimony and Second Supplemental Written Report of Don T. Hibner **(381)** is **denied.**

**ORDER:**Motion to Clarify that Alioto's Prayer for an Award of Punitive Damages is Pending in this Case **(385)** is **granted.**

**9:54 a.m.Court in recess.**
**10:24 a.m.Court in session.**

**ORDER:**   Defendant and Counterclaim Plaintiff Timothy C. Hoiles's Motion for Summary Judgment **(366)** is **denied.**

**ORDER:**   Plaintiff's Motion for Summary Judgment **(370)** is **denied.**

Mr. Mathews is invited to contact Mr. Ehrlich at (303) 335-2046 for the opportunity to perform needed public service through a *pro bono* assignment in accordance with the Court's "Trial Procedures."

Pretrial Order accepted by the Court, subject to the rulings made on the record.

**DEADLINES:**
Proposed Jury Instructions due **February 20, 2007.**
All motions *in limine* due **February 20, 2007.**
Responses due **February 27, 2007.**

**11:38 a.m.   Court in recess/hearing concluded.**

Total in-court time: 2:12.