**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  Date: March 5, 2007
Court Reporter: Darlene Martinez

Civil Action No.  04-cv-00438-PSF-MEH

| *Parties:* | *Counsel:* |
|---|---|
| JOSEPH M. ALIOTO, | Ron Rauchberg |
|  | Tim Beyer |
| Plaintiff and Counter Claim Defendant, | Elise Yablonski |
|  | Mark Mathews |
| v. |  |
| TIMOTHY C. HOILES, | Glen Johnson |
|  | Bart Rue |
| Defendant and Counterclaim Plaintiff. | Ken Siegel |
|  | Pete Greenhaw |

_____

**COURTROOM MINUTES**
_____

HEARING: Final Trial Preparation Conference

**9:01 a.m.    Court in session.**

Also present: Defendant Timothy Hoiles.

**ORDER:**  Plaintiff's Motion *in Limine* No. 1: To Exclude Evidence Regarding Prior Disputes, Litigation, or Proceedings of Mr. Alioto **(397)** is **denied without prejudice.**

**ORDER:**  Plaintiff's Motion *in Limine* No. 2: To Exclude Evidence Regarding Cal. Bus. & Prof. Code § 6148 and Cal. Rule of Prof. Conduct 3-300 **(398)** is **denied.**

**ORDER:**  Plaintiff's Motion *in Limine* No. 3: To Exclude Evidence Regarding Mr. Alioto's Suit Against the Davisons **(399)** is **granted.**

| | |
|---|---|
| **10:05 a.m.** | **Court in recess.** |
| **10:25 a.m.** | **Court in session.** |

**ORDER:** Plaintiff's Motion *in Limine* No. 4: To Exclude Testimony from Timothy Hoiles Regarding Certain Actions of Freedom Communications **(400)** is **denied without prejudice.**

**ORDER:** Plaintiff's Motion *in Limine* No. 5: To Exclude Testimony that Mr. Alioto was Required to Pursue Litigation Resulting in a Settlement or Judgment **(401)** is **denied.**

**ORDER:** Plaintiff's Motion *in Limine* No. 6: To Exclude Testimony Regarding Mr. Hoiles's Undisclosed Understanding of the Fee Contract **(402)** is **denied as moot.**

**ORDER:** Plaintiff's Motion *in Limine* No. 7: To Exclude Evidence that Mr. Hoiles Donated Shares to Charity **(403)** is **denied.** Mr. Hoiles shall provide documentation of the charitable gift amount and tax deduction to plaintiff.

**ORDER:** Plaintiff's Motion *in Limine* No. 8: To Exclude Evidence Regarding Issues of Causation Decided by the Jury in the Previous Trial **(404)** is **denied.**

**ORDER:** Plaintiff's Motion *in Limine* No. 9: To Exclude Evidence Regarding the Reasonableness of Expenses **(405)** is **granted.**

| | |
|---|---|
| **12:05 p.m.** | **Court in recess.** |
| **4:06 p.m.** | **Court in session.** |

**ORDER:** Plaintiff's Motion *in Limine* No. 10: To Exclude Testimony of Daniel R. Shulman Concerning his Representation of Mr. Alioto **(406)** is **denied.** Counsel may bring up that Mr. Shulman acted as counsel in this case.

**ORDER:** Plaintiff's Motion *in Limine* No. 11: To Exclude Testimony Regarding Colorado *Quantum Meruit* Principle and Hourly Rates for Colorado Attorneys **(407)** is **deferred.**

**ORDER:** Plaintiff's Motion *in Limine* No. 12: To Exclude Evidence and That the Contingency Fee is Unconscionable **(408)** is **granted** as to what can be presented to the jury; **denied** as to what can be presented to the Court.

**5:23 p.m.    Court in recess/hearing continued.**

Total in-court time: 4:01