**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes          Date: March 6, 2007
Court Reporter: Darlene Martinez

Civil Action No.  04-cv-00438-PSF-MEH

| | |
|---|---|
| *Parties:* | *Counsel:* |
| JOSEPH M. ALIOTO, | Ron Rauchberg |
| | Tim Beyer |
| Plaintiff and Counter Claim Defendant, | |
| v. | |
| TIMOTHY C. HOILES, | Glen Johnson |
| | Ken Siegel |
| Defendant and Counterclaim Plaintiff. | |

___

**COURTROOM MINUTES**
___

HEARING: Continued Final Trial Preparation Conference

**8:59 a.m.      Court in session.**

Also present: Defendant Timothy Hoiles.

**ORDER:**     Defendant's Motion for Clarification Regarding Expert Witnesses **(390)** is **granted in part.**

**ORDER:**     Defendant's Motion *in Limine* **(394)** Paragraphs:
  1) **Denied as moot.**
  2) **Withdrawn.**
  3) **Granted.**
  4) **Granted.**
  5) **Granted.**
  6) **Granted.**
  7) **Denied without prejudice.**

      **8) Withdrawn.**
      **9) Denied.**
      **10) Denied.**
      **11) Withdrawn.**

**10:44 am.**  **Court in recess.**
**11:00 a.m.**  **Court in session.**

**ORDER:**  Defendant's Motion *in Limine* to Preclude Testimony of Spence Hosie and Stephen McG Bundy **(395)**. As to Spence Hoise, **granted in part.** As to Stephen McG Bundy **denied as moot.**

**ORDER:**  Plaintiff's Motion *in Limine* No. 13: To Preclude Testimony of Mark Tuft **(409)** is **deferred.**

**ORDER:**  Defendant's Motion for Protective Order and/or Motion to Quash Deposition of Robert E. Currie **(428)** is **denied as moot.**

Witness shall be sequestered.

Case will be tried to a jury of twelve.

Counsel are directed to be in court one-half hour prior to trial to review the Trial Checklist with the courtroom deputy.

**DEADLINES:**
Proposed jury instructions due **March 7, 2007.**
Witnesses order of proof due **March 8, 2007.**
Exhibit list due **March 8, 2007.**
Proposed jury *voir dire* questions due **March 7, 2007.**

**12:11 p.m.**  **Court in recess/hearing concluded.**

Total in-court time: 2:56