IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00438-PSF-MEH

JOSEPH M. ALIOTO,

    Plaintiff and Counterclaim Defendant,

v.

TIMOTHY C. HOILES,

    Defendant and Counterclaim Plaintiff.

## ORDER REGARDING USE OF DEPOSITIONS

    The Court has reviewed Plaintiff's Request for Guidance on Use of Party Depositions In Opening Statements (Dkt. # 439), and ORDERS as follows:

    The use of deposition video clips during opening statements is DENIED.

    IT IS FURTHER ORDERED that deposition video excerpts will not be permitted to be shown during trial without advance Court permission sought and obtained outside the jury's presence.

    DATED: March 9, 2007

                                                      BY THE COURT:

                                                      *s/ Phillip S. Figa*

                                                      _____
                                                      Phillip S. Figa
                                                      United States District Judge