IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-438-JLK**

**JOSEPH M. ALIOTO**,

      Plaintiff and Counterclaim Defendant,

v.

**TIMOTHY C. HOILES,**

      Defendant and Counterclaim Plaintiff.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Withdraw of William T. Hankinson (doc.#480), filed April 2, 2007, is GRANTED.  William T. Hankinson is permitted to withdraw as counsel of record for Defendant Hoiles.

---

Dated:  April 5, 2007