IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-00438-JLK-MEH

JOSEPH M. ALIOTO,

    Plaintiff and Counterclaim Defendant,

v.

TIMOTHY C. HOILES,

    Defendant and Counterclaim Plaintiff.

## ORDER ON PENDING MOTIONS

Having reviewed the parties' recent submissions, the Court enters the following Order:

Plaintiff's Motion for Reconsideration of Memorandum Opinion and Order Dated May 29, 2007 (doc. # 499), filed on June 6, 2007, is DENIED.

Plaintiff's Motion to Reinstate Trial Date (doc. # 500), filed on June 8, 2007, is DENIED.  To the extent any of the parties or counsel are unavailable for trial in September or October 2007, the trial may be reset for a date in November or December 2007 as determined by the Court.

Finally, Plaintiff's Emergency Motion for Expedited Schedule (doc. # 501), filed on June 8, 2007, is DENIED.  No additional briefing is required on plaintiff's motion for reconsideration, which is disposed of in this Order.  With regard to Defendant's Motion for Summary Judgment on the Issue of Ratification (doc. # 496) and Defendant's

Motion for Separate Trials (doc. # 495), the briefing schedule stands as set by the Court in its June 6, 2007 Minute Order (doc. # 497).

DATED:  June 11, 2007.

BY THE COURT:

**s/Johh L. Kane**
SENIOR U.S. District Judge