IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-00438-JLK-MEH

JOSEPH M. ALIOTO,

     Plaintiff and Counterclaim Defendant,

v.

TIMOTHY C. HOILES,

     Defendant and Counterclaim Plaintiff.

## ORDER

Kane, J.

THIS COURT, has reviewed the parties' Stipulated Motion to Adjourn Deadline for Deposition of Timothy C. Hoiles ("Hoiles") (doc. #517), filed July 12, 2007. The Motion is GRANTED. The deadline for deposing Hoiles will be adjourned until after this Court rules on Defendant's Motion for Protective Order.

Once this Court rules on the Motion for Protective Order, Hoiles is to be deposed as soon as reasonably practical, subject to the additional time that may be required if Hoiles is ordered to provide further discovery, and also subject to the notices regarding the unavailability of Hoiles and his lead counsel, Mr. E. Glen Johnson.

Dated this 19th day of July, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court