IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-00438-JLK-MEH

JOSEPH M. ALIOTO,

    Plaintiff and Counterclaim Defendant,

v.

TIMOTHY C. HOILES,

    Defendant and Counterclaim Plaintiff.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING DEADLINES

The Court, having reviewed plaintiff's Unopposed Motion to Modify Schedule for Filing Response to Motion for Summary Judgment (doc. # 532), and being fully advised in the matter, hereby GRANTS the motion. The briefing deadlines set by the Court in its Order on Motion to Reopen Discovery (doc. # 508) are modified as follows: Plaintiff shall have 20 days from the earlier of the date on which (a) Alioto's motion to compel is denied, or (b) Hoiles's deposition is completed to file a response to defendant's motion for summary judgment (doc. # 496) and motion for separate trials (doc. # 495). Defendant may file a reply within 10 days of the filing of the response.

    DATED: September 19, 2007.

                                                  BY THE COURT:

                                                  **s/John L. Kane**
                                                  Senior U.S. District Judge