IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-cv-00438-JLK-MEH

JOSEPH M. ALIOTO,

    Plaintiff and Counterclaim Defendant,

v.

TIMOTHY C. HOILES,

    Defendant and Counterclaim Plaintiff.

## ORDER OF RECUSAL

Kane, J.

    This civil action has been remanded to this court from the Court of Appeals. Exercising my prerogative as a senior judge, I recuse myself from any further participation in this case.

    Dated:  October 6, 2009

                                  BY THE COURT:

                                  *s/John L. Kane*
                                  John L. Kane, Senior Judge
                                  United States District Court